O-JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE JUSTYNA ADAMUS,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC H HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary of United States Department of Homeland Security; ALEHANDRO MAYORKAS, Director of United States Citizenship and Immigration Services; PHYLLIS A. COVEN, Direct of the Los Angeles District Office of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations,<br><br>    Defendants. | Case No. 2:13-cv-2379-ODW(RZx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [8]** |

In accordance with Plaintiffs' request, the Court **DISMISSES WITH PREJUDICE** the claims against Defendants. All parties bear their own costs and fees.

**IT IS SO ORDERED.**

September 19, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**